# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR URIBE,<br><br>  Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. 3:21-cv-1044-LAB<br><br>**ORDER DENYING PETITION WITHOUT PREJUDICE [Dkt. 1]** |

Hector Uribe, proceeding *pro se*, challenges his sentence under 28 U.S.C. § 2255. His petition states that he did not file any appeals concerning his conviction. (Dkt. 1 ¶¶ 8–10.) But he did appeal his sentence, and that appeal is still pending. (*See* S.D. Cal. Case No. 3:20-cr-1872, Dkt. 47 (Notice of Appeal); 9th Cir. Case No. 21-50116 (docket for Uribe's pending appeal).) The Court can't entertain Uribe's habeas petition while his appeal is pending. *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991). The petition is **DENIED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: July 28, 2021

*Larry A. Burns*
**HON. LARRY ALAN BURNS**
United States District Judge